IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF<br>CARPENTERS PENSION FUND et al | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 11 cv 5146<br>Judge Darrah |
| v. | )<br>) | |
| JOYCE INSTALLATION COMPANY, L.L.C. d/b/a<br>CIC JOYCE INSTALLATION COMPANY, | )<br>)<br>) | |
| Defendant. | ) | |

## *Judgment*

WHEREAS, Plaintiffs filed their Complaint on July 28, 2011 and the Defendant was served with a copy of the Complaint and Summons on August 5, 2011; and

WHEREAS, the Defendant entered into an agreed order of dismissal stipulating the payment of $111,996.42 to the Plaintiffs; and

WHEREAS, the Defendant did not submit payments as agreed;

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, Defendant is declared to be have breached the agreed order of dismissal; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant in the sum of $66,074.85;

Further, Plaintiffs are awarded their costs and attorneys' fees to execute or otherwise collect on this judgment.

ENTERED:

By: _____
THE HONORABLE JUDGE DARRAH

Date: 2/6/13