**BankFinancial**

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

Case No.: 11 CV 5146

Return Date: April 18, 2013

On the date of service, April 3, 2013, the respondent had possession, custodian, or control of assets, income or property belonging to the judgment defendant, Joyce Bros Storage and Van Company.

| | |
|---|---|
| Savings Account: | NA |
| Checking Account: | $14,138.36 |
| Money Market Account: | NA |
| Certificate of Deposit: | NA |
| Safe Deposit Box: | NA |
| Other Property: | NA |
| Debtor's Property: | |
|     Adverse Claimant: | NA |
|     Right of Set off: | NA |
| Less deduction for fees limited by 205 ILCS 5/48.1 | $125.00 |
|     Exemption: | NA |

**FILED**
APR 17 2013
April 17, 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Total funds in Respondent's possession available to be applied to the judgment: $14,013.36

Dorothy M. Cardy, Legal Processing Specialist, BankFinancial FSB, certifies under penalty of perjury pursuant to 1-109 of the Illinois Code of Civil Procedure that the above statements are true and correct as of April 9, 2013.

Respondent/Agent

Dorothy M. Cardy
Legal Processing Specialist
*BankFinancial FSB*
1401 N Larkin Ave
Joliet IL 60435
708-675-6358
Fax: 708-675-6784

Agent for Citation Respondent

1401 N Larkin Ave, Joliet IL 60435

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case Number 11 cv 5146 ) |
| v. | ) Hon. John W. Darrah ) |
| JOYCE INSTALLATION COMPANY, L.L.C., d/b/a CIC INSTALLATION COMPANY, | ) Room 1203 ) ) |
| Defendant. | ) |

## AMENDED CITATION TO DISCOVER ASSETS

To: Bank Financial, c/o designated individuals to testify regarding matters set forth on Attachment A, attn.: Dorothy Cardy, Legal Processing Specialist, 1401 North Larkin Ave., Joliet, Illinois 60435

**YOU ARE COMMANDED** to appear on **Monday, April 29, 2013 at 10:00 a.m.** at the offices of **Scalambrino & Arnoff, LLP, One North LaSalle, Suite 1600, Chicago, Illinois 60602**, to be examined under oath, before any notary public or any person authorized to administer oaths, to discover assets or income not exempt from enforcement of a judgment. Said examination to be by deposition upon oral examination, as if upon cross-examination, as provided by the rules of this court for discovery depositions and shall continue until completed. The deposition shall be recorded by stenographic means.

In the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 11 cv 5146, on February 6, 2013, a judgment in the total amount of $66,074.85 was entered in favor of CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.* ("Judgment Creditor") and against JOYCE INSTALLATION COMPANY, L.L.C., d/b/a CIC JOYCE INSTALLATION COMPANY ("Judgment Debtor") and a balance of $66,074.85 plus accruing interest, costs and recoverable reasonable attorneys' fees remains unsatisfied.

**YOU ARE COMMANDED** to produce to **Scalambrino & Arnoff, LLP, One North LaSalle, Suite 1600, Chicago, Illinois 60602 by 10:00AM on Thursday, April 18, 2013**, in advance of the examination: See Amended Attachment B and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due Judgment Debtor.

**IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

You are PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Judgment Debtor or to which the Judgment Debtor may be entitled or which may be acquired by or become due to the Judgment Debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the Judgment Debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of the judgment. 735 ILCS 5/2-1402(f)(1).

## CERTIFICATE OF ATTORNEY

In the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 11 CV 5146, on February 6, 2013, a judgment in the total amount of $66,074.85 was entered in favor of CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.* and against JOYCE INSTALLATION COMPANY, L.L.C., d/b/a CIC JOYCE INSTALLATION COMPANY and a balance of $66,074.85 plus accruing interest, costs and recoverable reasonable attorneys' fees remains unsatisfied.

I, the undersigned certify to the Court, under penalties provided by law pursuant to 735 ILCS 5/1-109, that all information stated herein is true.

_____
Signature of Attorney

Bruce C. Scalambrino (ARDC 06193809)
Gregg J. Simon (ARDC 06216852)
Scalambrino & Arnoff, LLP
One North LaSalle Street     WITNESS_____
Suite 1600
Chicago, Illinois 60602

THOMAS G. BRUTON
Clerk of the United States District Court
for the Northern District of Illinois,
Eastern Division

J. Nu̅ez
Deputy Clerk

4-2-13
Date

Attachment A to Bank Financial Citation to Discover Assets

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Bank Financial is advised to designate one or more officers, directors, or managing agents, or to designate other persons who consent to testify on its behalf concerning the following matters of examination:

1. The location of Judgment Debtor's assets or income not exempt from enforcement of a judgment;

2. The banking and/or lending relationship between Bank Financial and the Judgment Debtor;

3. The Judgment Debtor's transfer of assets since 2008.

Amended Attachment B to Bank Financial Citation to Discover Assets

**YOU ARE COMMANDED to produce to counsel for the Judgment Creditor, One North LaSalle, Suite 1600, Chicago, Illinois 60602, by 10:00AM on Thursday, April 18, 2013, in advance of the examination:**

Unless otherwise indicated, since February 1, 2008 to the current time, all Documents (as defined herein) relating or referring to:

1. All account records relating to the Judgment Debtor, including but not limited to checking account statements, money market account statements, savings account statements, statement of accounts, cancelled checks, financial statements, credit reports, balance sheets, loan file, mortgages, promissory notes, land trust agreements, profit and loss statements, income statements and all books, papers or records which may contain information concerning the property or income of, or indebtedness due Judgment Debtor;

2. All Documents provided by the Judgment Debtor in order to induce the lending of funds;

3. Loan and/or mortgage documents and any guaranties of the same made to the Judgment Debtor;

4. Claims, accounts receivable, notes or expectancies which the Judgment Debtor now holds against any entity;

5. Deeds to real property currently owned by the Judgment Debtor;

6. Documents, including but not limited to bills of sale, buy/sell agreements or other written agreements relating to the sale or transfer of any of the Judgment Debtor's assets;

7. Any trust documents referencing or relating to the Judgment Debtor;

8. The Judgment Debtor's maintenance of a security deposit box;

9. Letters of credit relating to the Judgment Debtor;

10. Accounts maintained jointly by the Judgment Debtor;

11. Joint obligations of the Judgment Debtor; and

12. Documents indicating or relating to the Judgment Debtor's assumption or guaranty of any third party's obligations.

13. All checks made payable to Robert Conckus, participant in Judgment Creditor's funds, from any Bank Financial account maintained by Joyce Bros. Storage &

Van Company, including, but not limited to, the check represented by the check stub attached as Attachment C.

14. Documents relating to the identity of the owner of the Bank Financial account who issued checks payable to Robert Conckus, participant in Judgment Creditor's funds, including but not limited to the check represented by the check stub attached as Attachment C.

15. All checks made payable to Judgment Creditor from the account maintained by Joyce Bros. Storage & Van Company at Bank Financial, including but not limited to Check 1023, dated February 14, 2013, in the amount of $1,229.67. *See* Check 1023 attached as Attachment D.

**Earnings Statement**

**ROBERT CONCRUS**
Employee Number: 182
Hourly: $4152

**Joyce Installation Company LLC**

| | | Period Beginning: | 11/12/2012 |
| | | Period Ending: | 11/18/2012 |
| | | Check Date: | 07/25/2013 |

Check Number: 1501
Net Pay: 145.2
Check Amount: 145.2

| Earnings | Rate | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|
| OVERTIME | 62.28 | 1.50 | 93.42 | | UNION DUES | | 64.36 |
| REGULAR | 41.52 | 36.50 | 1,515.48 | | | | 64.36 |
| Gross Earnings | | 38.00 | 1,608.90 | 1,941.05 | Deductions | | |

| | | | | | Direct Deposits | | |
|---|---|---|---|---|---|---|---|
| Taxes | | | Amount | YTD | | Account | |
| FITW | | | 265.79 | 222.98 | | | |
| IL | | | 80.44 | 97.06 | | | |
| MED | | | 23.31 | 28.15 | | | |
| SS | | | 99.72 | 120.34 | | | |
| Taxes | | | 469.26 | 468.53 | | | |

Replacement check, for returned 11/22 (canceled) payroll checks

**EXHIBIT C**

**JOYCE BROS STORAGE & VAN COMPANY**
PH. 7086911700
1915 JANICE AVE
MELROSE PARK, IL 60160-1035

027016

1023

70-7289-2719

DATE 2/14/13

PAY TO THE ORDER OF: Chicago Regional Council of Carpenters $1,229.67

One thousand two hundred twenty nine & 67/100 DOLLARS

**BankFinancial** F.S.B.
1409 W. Peterson
Libertyville, IL 60048

UNION DUES
FOR NOVEMBER 2012

⑈001023⑈ ⑆271972899⑆ 716001356 7⑈



EXHIBIT D

## Definition of Documents

The terms "Document" and "Documents" mean and include, without limitation, the original or, absent the original, a true copy thereof or all nonidentical copies, whether differing from the original by reason of any notation or markings made on such copies or otherwise, containing notations or data from which intelligence can be perceived, including but not limited to correspondence; memoranda; notes; e-mail; records; diaries; statistics; letters; invoices; orders; directives; interviews; telegrams; minutes; reports; studies; statements; transcripts; summaries; pamphlets; books; work papers; ledgers; drawings; written instruments; checks; police reports; recordings; deeds; security agreements; loan Documents; bills of sale; canceled checks and check ledgers, computer discs; computer files; computer records; payroll records; invoices; receipts; contracts; leases; tax returns; telegrams; subscription agreements; minutes of meetings of shareholders and directors; minutes of meetings of various committees; business records; advertising materials; financial statements; purchase orders; vouchers; drafts of Documents; opinions or reports of consultants or experts; interoffice and intraoffice communications and correspondence; memoranda and notations of any sort of conversations, telephone calls, conferences, meetings or other communications; bulletins; printed matter; teletype; telefax; worksheets; and all drafts, alterations, modifications, changes and amendments of any of the foregoing; graphic or aural recordings or representations of any kind, including but not limited to photographs, charts, graphs, microfiche, microfilm, videotape, records, motion pictures; and electronic, mechanical, or electrical recordings or representations of any kind, including but not limited to tapes, cassettes, cartridges, discs, chips, and phonographic records; and all other writings, typings, printings, drafts, copies, reproductions, data sheets, graphs and/or charts in the possession, custody and/or control of the responding party or any of his agents, representatives or attorneys.